UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  SA CV 14-503-AG (PLAx)          Date February 9, 2015

Title: Cell-Crete Corporation, et al. v. Lexington Insurance Company

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:  
NONE

ATTORNEYS PRESENT FOR DEFENDANTS:  
NONE

PROCEEDINGS:     (IN CHAMBERS)

The Court is in receipt of the Notice Regarding Scheduling Depositions of Nancy Finberg and Rodrick Reed, filed by defendant on February 6, 2015. Plaintiff did not timely file a response to the Court's February 4, 2015, Order. It appears from defendant's filing that the parties have not agreed upon a schedule for these depositions, and that defendant unilaterally set the Finberg deposition for February 17, 2015.

In light of the District Judge's February 5, 2015, order granting defendant's motion for partial summary judgment and motion for judgment on the pleadings, **plaintiff, no later than February 10, 2015, shall notify the Court of its intention to proceed with the Finberg and Reed depositions**. Plaintiff's failure to timely respond to this Order will result in the Court vacating its February 4, 2015, Order requiring that these two depositions proceed.

**It is so ordered**.

cc:     Counsel of Record

Initials of Deputy Clerk    ch

CV-90 (10/98)                          CIVIL   MINUTES   -   GENERAL